UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.
v.
RED CHAMBER CO.

CASE NUMBER: 98-1887 (DRD)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 1, 1999<br>**Docket # 2**<br>[X] Plff  [ ] Deft<br>[ ] Other | **GRANTED.** The Court hereby approves Plaintiff's request for voluntary dismissal of this case **without prejudice** in accordance with Rule 41 of the Federal Rules of Civil Procedure. |
| **Title:** Motion for voluntary dismissal without prejudice | |

October __, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Date Filed:** October 1, 1999<br>**Docket # 2**<br>[X] Plff  [ ] Deft<br>[ ] Other | The Court, having granted on this same date Plaintiff's request for voluntary dismissal, hereby enters judgment dismissing this action against Defendants **without prejudice** and without imposition of costs, expenses or attorneys' fees. |
| **Title:** Motion for voluntary dismissal without prejudice. | |

October 10, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By: ___          # 3